# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

SHIMON CITRON,         )
                         )
         Petitioner,     )
                         )
         v.                ) Civ. No. 19-1676-CFC
                         )
ETZD INC.,            )
                         )
         Respondent.    )

## ORDER

At Wilmington this 16th day of July, 2020, having considered the Report and

Recommendation issued by United States Magistrate Judge Sherry R. Fallon on

June 30, 2020, and upon the expiration of the time allowed for objections pursuant

to Rule 72 of the Federal Rules of Civil Procedure with no objections having been

filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 22) is

   adopted.

2. Respondent's motion to dismiss without prejudice and vacate the writ

   (D.I. 15) is granted.

_____
United States District Judge